# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00433JMS-LEK |
| CASE NAME: | Robert Douglas vs. Kamaole Enterprises, etc., et al. |
| ATTYS FOR PLA: | Bruce F. Sherman |
| ATTYS FOR DEFT: | Michael R. Marsh<br>Francis P. Hogan<br>Jill M. Hasegawa |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 3/7/2006 | TIME: | 9:07-9:12 |

COURT ACTION:   EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on June 20, 2006 at 9:00 a.m. before JMS
2. Final Pretrial Conference on May 9, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by May 2, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by May 30, 2006
8b. File opposition memo to a Motion in Limine by June 6, 2006
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for April 12, 2006 at 10:00 a.m. before LEK
14. Settlement Conference statements by April 5, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 6, 2006

21. File Final witness list by May 30, 2006
24. Exchange Exhibit and Demonstrative aids by May 23, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 30, 2006
26. File objections to the Exhibits by June 6, 2006
28a. File Deposition Excerpt Designations by May 30, 2006
28b. File Deposition Counter Designations and Objections by June 6, 2006
29. File Trial Brief by June 6, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager