# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00433JMS-LEK |
| CASE NAME: | Robert Douglas vs. Kamaole Enterprises, etc., et al. |
| ATTYS FOR PLA: | Bruce F. Sherman |
| ATTYS FOR DEFT: | Ted N. Pettit |
| | Michael R. Marsh |
| | Elsa F.M. McGee |
| | Francis P. Hogan |
| | Jill M. Hasegawa |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 4/12/2006 | TIME: | 10:00-11:00 |

COURT ACTION:   EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager