# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 03-00433JMS-LEK

CASE NAME:        Robert Douglas vs. Kamaole Enterprises, etc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    5/10/2006                    TIME:

COURT ACTION:  EO: Parties have informed the court that the above entitled action has been settled.

Trial date and all deadlines are Vacated.

Status Conference Re: Dismissal set for 9:30 6/5/06, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager