Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

FRANCIS P. HOGAN        2722-0
JILL M. HASEGAWA        8148-0
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone No. 539-0400

Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF MAUI KAMAOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT DOUGLAS, | ) CIVIL NO. 03-00433 JMS/LEK |
| Plaintiff, | ) STIPULATION FOR DISMISSAL <br> ) WITH PREJUDICE OF ALL |
| vs. | ) CLAIMS AND PARTIES |
| KAMAOLE ENTERPRISES, a general partnership; KAMAOLE ENTERPRISES I, a limited partnership; KAMAOLE ENTERPRISES II, a limited partnership; and KAMAOLE ENTERPRISES III, a limited partnership, and THE ASSOCIATION OF APARTMENT OWNERS OF MAUI KAMAOLE, | ) Settlement Conference <br> ) Date: April 12, 2006 <br> ) Hearing Time: 10:00 a.m. <br> ) Judge: Hon. Leslie E. Kobayashi |
| Defendants. | |
| and | |

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF MAUI KAMAOLE | )<br>)<br>) |
| Defendant and Crossclaimant, | )<br>)<br>) |
| vs. | )<br>) |
| KAMAOLE ENTERPRISES, a general partnership; KAMAOLE ENTERPRISES I, a limited partnership; KAMAOLE ENTERPRISES II, a limited partnership; and KAMAOLE ENTERPRISES III, a limited partnership | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Crossclaim Defendants. | )<br>)<br>) |

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND PARTIES

Plaintiff Robert Douglas (hereinafter "Plaintiff"), by and through his attorneys, Bruce F. Sherman and Thomas F. Feeney; Defendant Association of Apartment Owners of Maui Kamaole (hereinafter the "AOAO Maui Kamaole"), by and through it attorneys, Francis P. Hogan and Jill M. Hasegawa; and Defendants Maui Kamaole Enterprises, Maui Kamaole Enterprises I, Maui Kamaole Enterprises II, and Maui Kamaole Enterprises III (hereinafter collectively "Enterprises"), all of whom are incorrectly identified in the caption as Kamaole Enterprises, Kamaole Enterprises I, Kamaole Enterprises II, and Kamaole

369794v4                                                2

Enterprises III, by and through their attorney, Michael R. Marsh, being all of the parties who have appeared in this action, hereby stipulate and agree pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) to dismiss with prejudice all claims, counterclaims and crossclaims which have or could have been brought by any of them against any other of them, with prejudice. Each party agrees to bear the party's own attorneys' fees and costs. There are no other parties or claims remaining in this case. Trial is set for June 20, 2006, before the Honorable J. Michael Seabright, Judge of the above-entitled Court.

      DATED:  Honolulu, Hawaii; _____.

| /S/ | /S/ |
|---|---|
| BRUCE F. SHERMAN | FRANCIS P. HOGAN |
| THOMAS F. FEENEY | JILL M. HASEGAWA |
| Attorneys for Plaintiff | Attorneys for Defendant |
|   Robert Douglas |   The Association of Apartment Owners |
| |   Of Maui Kamaole |

 /S/
MICHAEL R. MARSH
Attorney for Defendants Maui Kamaole
Enterprises, Maui Kamaole Enterprises
I, Maui Kamaole Enterprises II and
Maui Kamaole Enterprises III

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, June 16, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

Stipulation for Dismissal With Prejudice of All Claims and Parties; *Robert Douglas vs. Kamaole Enterprises, et al.*, In the United States District Court, For the District of Hawaii; Civil No. 03-00433 DAE/LEK; Page 3 of 4.